**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:   Debtor(s)   Brian E. Summers                                    Case No.  19-16400   Chapter  13

All Cases:   Moving Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR13, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR13     Date Case Filed  6/7/19

Nature of Relief Sought:   ■ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13:   Date of Confirmation Hearing  08/27/2019   or Date Plan Confirmed _____

Chapter 7:   ☐ No-Asset Report Filed on _____
             ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. ☐ Car    Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of 06/27/2019   $101,443.60
   Total of all other Liens against Collateral   $0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $100,000.00, per Debtor's Schedules

5. Default
   a. ☐ Pre-Petition Default as of petition date
      Number of months _____   Amount _____
   
   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____   Amount _____
      
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____   Amount _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid   Amount $_____
      iii. ☐ Rapidly depreciating asset
      iv. ☐ Other (describe) _____
   
   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   
   c. ■ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ■ Other (describe)   Property to be Surrendered.
   
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ■ No Statement of Intention Filed

Date:   July 31, 2019                                    /s/ Grant Simmons
                                                         Counsel for Movant